WASHINGTON BELT et al., Appellants, *v.* THE AMERICAN CENTRAL INSURANCE COMPANY, Respondent.

Reported below, 29 App. Div. 546.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to prefer an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 21, 1898, affirming a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Special Term.

The motion was made upon the ground that this was a second appeal and should be advanced to a position on the calendar as of the date of May 3, 1894, the date of filing the original return, under section 195 of the Code of Civil Procedure.

*Cardozo & Nathan* for motion.

No one opposed.

Motion granted, without costs.

---

MARY J. LEWIS, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

(Submitted October 2, 1899; decided October 10, 1899.)

Motion for leave to file briefs of parties similarly situated on questions raised by the record, granted, without costs.